UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 15-01343-FMO (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's objections to the Report. The Court has also reviewed *de novo* the portions of the Report to which Plaintiff's objections were directed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the decision of the Commissioner denying Plaintiff's application for benefits is AFFIRMED.

DATED: February 29, 2016           _____/s/_____
                                    FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE