UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEAN GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 15-01343-FMO (RAO)<br><br><br>JUDGMENT |

　　In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

　　IT IS ORDERED AND ADJUDGED that the decision of the Commissioner denying Plaintiff's application for benefits is AFFIRMED.


DATED: February 29, 2016　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE